Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
AHesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc.,
CoreCivic of Tennessee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN HARE, individually, and as the Personal Representative of the ESTATE OF JASON HARE;<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., a Foreign Corporation; CORECIVIC OF TENNESSEE, LLC, a Limited-Liability Company; NEVADA SOUTHERN DETENTION CENTER, a business entity; CHRISTOPHER CHESTNUT, individually, and in his official capacity as Warden of Nevada Southern Detention Center; DOES I-X; and ROES XI-XX, inclusive;<br><br>Defendants. | Case No. 2:25-cv-00991-RFB-EJH<br><br>**STIPULATION TO EXTEND DEFENDANT CORECIVIC INC.'S DEADLINE TO MOVE TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Defendants CoreCivic, Inc. and CoreCivic of Tennessee (hereafter, "CoreCivic Defendants") request that the Court extend the deadline for CoreCivic, Inc. to file its motion to dismiss Plaintiff's Complaint.

| | |
|---|---|
| 1 | CoreCivic, Inc. was served on June 27, 2025, and its responsive pleading is due July 18, 2025. CoreCivic of Tennessee was served on June 30, 2025, and its responsive pleading is due July 21, 2025. CoreCivic Defendants will move to dismiss Plaintiff's Complaint. To avoid piecemeal motions, CoreCivic Defendants request that CoreCivic Inc's deadline to respond to Plaintiff's Complaint be extended from July 18 to July 21, 2025. Plaintiff agrees to this extension. This stipulated request for extension is made to streamline CoreCivic Defendants' arguments and not for the purpose of delay. This is the first stipulation for extension of time for CoreCivic Defendants to move to dismiss Plaintiff's Complaint. |

CoreCivic, Inc. was served on June 27, 2025, and its responsive pleading is due July 18, 2025. CoreCivic of Tennessee was served on June 30, 2025, and its responsive pleading is due July 21, 2025. CoreCivic Defendants will move to dismiss Plaintiff's Complaint. To avoid piecemeal motions, CoreCivic Defendants request that CoreCivic Inc's deadline to respond to Plaintiff's Complaint be extended from July 18 to July 21, 2025. Plaintiff agrees to this extension. This stipulated request for extension is made to streamline CoreCivic Defendants' arguments and not for the purpose of delay. This is the first stipulation for extension of time for CoreCivic Defendants to move to dismiss Plaintiff's Complaint.

**Conclusion**

For these reasons, CoreCivic Defendants request that they have through July 21, 2025 to file their Motion to Dismiss.

DATED this 15th day of July 2025.

STRUCK LOVE ACEDO, PLC

By /s/ Ashlee B. Hesman
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
AHesman@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc., CoreCivic of Tennessee*

E. BRENT BRYSON, LTD.

By /s/ E. Brent Bryson, Esq. (with permission)
E. Brent Bryson, Esq.
375 E. Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119
Ebbesqltd@yahoo.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 16, 2025

3