1  Ashlee B. Hesman
   Nevada Bar No. 012740
2  STRUCK LOVE ACEDO, PLC
   3100 West Ray Road, Suite 300
3  Chandler, Arizona  85226
   Tel.:  (480) 420-1600
4  Fax:  (480) 420-1695
   AHesman@strucklove.com
5
   JAMES E. HARPER
6  Nevada Bar No. 9822
   HARPER | SELIM
7  1935 Village Center Circle
   Las Vegas, Nevada 89134
8  Phone: (702) 948-9240
   Fax:    (702) 778-6600
9  Email: eservice@harperselim.com

10 *Attorneys for Defendants CoreCivic, Inc.,
   CoreCivic of Tennessee, and Chestnut*

11
12                          **UNITED STATES DISTRICT COURT**
13                                 **DISTRICT OF NEVADA**

| | |
|---|---|
| 14  DAWN HARE, individually, and as the Personal Representative of the ESTATE OF | Case No. 2:25-cv-00991-RFB-EJH |
| 15  JASON HARE; | |
| 16          Plaintiff, | **STIPULATION REGARDING BRIEFING SCHEDULE FOR CORECIVIC DEFENDANTS'** |
| 17  v. | **MOTIONS TO DISMISS** |
| 18  CORECIVIC, INC., a Foreign Corporation; CORECIVIC OF | **(FIRST REQUEST)** |
| 19  TENNESSEE, LLC, a Limited-Liability Company; NEVADA SOUTHERN | |
| 20  DETENTION CENTER, a business entity; CHRISTOPHER CHESTNUT, | |
| 21  individually, and in his official capacity as Warden of Nevada Southern | |
| 22  Detention Center; DOES I-X; and ROES XI-XX, inclusive; | |
| 23 | |
| 24          Defendants. | |

25        Pursuant to LR IA 6-1, Defendants CoreCivic, Inc., CoreCivic of Tennessee, and

26 Chestnut ("CoreCivic Defendants") and Plaintiffs stipulate to the following briefing schedule

27 for CoreCivic Defendants' Motions to Dismiss.

28        On June 4, 2025, Plaintiff filed his Complaint. (Dkt. 1.) He served CoreCivic Inc. on

June 27, 2025, and CoreCivic of Tennessee on June 30, 2025. CoreCivic Inc. and CoreCivic of Tennessee timely moved to dismiss Plaintiff's Complaint on July 21, 2025. (Dkt. 13; Dkt. 14.) Plaintiffs timely filed their Response on August 4, 2025. (Dkt. 16.)

On August 7, 2025, Plaintiffs requested that Defendant Chestnut waive service. Defendant Chestnut executed the waiver of service today. Defendant Chestnut's deadline to respond to Plaintiff's Complaint is October 6, 2025. Defendant Chestnut will move to dismiss Plaintiff's Complaint. In addition to new arguments that are unique to him, Defendant Chestnut will make many of the same arguments made in CoreCivic Inc. and CoreCivic of Tennessee's Motion. As such, to streamline the presentation of arguments for the Court and prevent piecemeal briefing, the Parties stipulate to the following briefing schedule:

> **October 6, 2025**: Deadline for Defendant Chestnut to file Motion to Dismiss
>
> **October 20, 2025**: Deadline for Plaintiffs to respond to Defendant Chestnut's Motion to Dismiss
>
> **October 27, 2025**: Deadline for CoreCivic Defendants to file Combined Reply to Both Motions to Dismiss

## Conclusion

For these reasons, the Parties request that the Court grant their stipulation and adopt the briefing schedule outlined above.

DATED this 11th day of August 2025.

STRUCK LOVE ACEDO, PLC


By /s/ Ashlee B. Hesman
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
AHesman@strucklove.com

James E. Harper
HARPER | SELIM
1935 Village Center Circle
Las Vegas, NV 89134
eservice@harperselim.com

*Attorneys for Defendants CoreCivic, Inc., CoreCivic of Tennessee, and Chestnut*


E. BRENT BRYSON, LTD.


By /s/ E. Brent Bryson, Esq. *(with permission)*
E. Brent Bryson, Esq.
375 E. Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119
Ebbesqltd@yahoo.com

*Attorneys for Plaintiff*


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE


DATED: August 12, 2025

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

E. Brent Bryson, Esq.
E. BRENT BRYSON, LTD.
375 E. Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119
Ebbesqltd@yahoo.com

*Attorney for Plaintiff Dawn Hare,*
*Individually, and as the Personal Representative of*
*the Estate of Jason Hare*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/      E. Glover