Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
AHesman@strucklove.com

JAMES E. HARPER
Nevada Bar No. 9822
HARPER | WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 252-5002
Fax:    (702) 252-5006
Email: eservice@harperwixom.com

*Attorneys for Defendants CoreCivic, Inc.,
CoreCivic of Tennessee, and Chestnut*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN HARE, individually, and as the Personal Representative of the ESTATE OF JASON HARE;<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., a Foreign Corporation; CORECIVIC OF TENNESSEE, LLC, a Limited-Liability Company; NEVADA SOUTHERN DETENTION CENTER, a business entity; CHRISTOPHER CHESTNUT, individually, and in his official capacity as Warden of Nevada Southern Detention Center; DOES I-X; and ROES XI-XX, inclusive;<br><br>Defendants. | EJY<br>Case No. 2:25-cv-00991-RFB-~~EJH~~<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Defendants, CoreCivic, Inc., CoreCivic of Tennessee, LLC, and Chestnut ("Defendants"), request that the Court extend the deadline to respond to Plaintiff's First Amended Complaint ("FAC") from April 13, 2026 to April 29, 2026.

On June 4, 2025, Plaintiffs filed their Complaint against Defendants. (Dkt. 1.) On July

21, 2025, Defendant CoreCivic, Inc. and CoreCivic of Tennessee moved to dismiss all claims pled against them in Plaintiffs' Complaint. (Dkt. 14.) Plaintiffs filed their Response on August 4, 2025. (Dkt. 16.) Defendant Chestnut filed his Motion to Dismiss on October 6, 2025, and Plaintiffs filed their Response on October 20, 2025. (Dkts. 22; 23.) Defendants filed their consolidated Reply on October 27, 2025. (Dkt. 24.) The Court heard oral argument on Defendants' Motions to Dismiss on March 16, 2026. (Dkt. 25.) The Court dismissed Plaintiffs' Complaint in its entirety and granted Plaintiffs leave to file an amended complaint on or before March 30, 2026. (Dkt. 28.) Plaintiffs filed the FAC on March 30, 2026. (Dkt. 29.) Currently, the deadline for Defendants to respond to the FAC is April 13, 2026.

Here, good cause exists to extend the deadline for Defendants to respond to the FAC. Defense counsel is currently out of the office, and thus, requires additional time to review Plaintiffs' FAC and prepare Defendants' responsive pleading. Additionally, due to conflicting deadlines in other matters, Defense counsel requires additional time to prepare Defendants' response. Defendants therefore respectfully request that the Court extend the deadline for them to respond to Plaintiffs' FAC to April 29, 2026. Plaintiffs do not oppose Defendants' request. This is the first stipulation for extension of time for Defendants to respond to Plaintiffs' FAC.

**Conclusion**

For these reasons, Defendants request that the Court extend the deadline to respond to Plaintiff's First Amended Complaint from April 13, 2026 to April 29, 2026.

DATED this 13th day of April 2026.

STRUCK LOVE ACEDO, PLC


By /s/ Ashlee B. Hesman
    Ashlee B. Hesman
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    AHesman@strucklove.com

    James E. Harper
    HARPER | SELIM
    1935 Village Center Circle
    Las Vegas, NV 89134
    eservice@harperselim.com

    *Attorneys for Defendants CoreCivic, Inc.,*
    *CoreCivic of Tennessee, and Chestnut*


E. BRENT BRYSON, LTD.


By /s/ E. Brent Bryson, Esq. (with permission)
    E. Brent Bryson, Esq.
    375 E. Warm Springs Rd., Suite 104
    Las Vegas, Nevada 89119
    Ebbesqltd@yahoo.com

    *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE


DATED:  April 13, 2026


3